STATE BOARD OF PHARMACY v. TEITEL.

(Supreme Court, Appellate Term. November 30, 1908.)

HEALTH (§ 38*) — OFFENSES — SALE OF MEDICINE NOT OF LEGAL STRENGTH OR QUALITY—PROSECUTION—PENALTY.

In a prosecution by the State Board of Pharmacy, under Public Health Law, Laws 1893, p. 1556, c. 661, for selling medicine not of legal strength or quality, where there was a conceded violation, it was the court's duty, under the express provisions of section 201, to render judgment for the board for the penalty of $25.

[Ed. Note.—For other cases, see Health, Dec. Dig. § 38.*]

Appeal from Municipal Court, Borough of Manhattan, Fifth District.

Action by the State Board of Pharmacy against Yetta Teitel. Judgment for defendant, and plaintiff appeals. Reversed and rendered.

Argued before GILDERSLEEVE, P. J., and MacLEAN and SEABURY, JJ.

Hieronimus A. Herold, for appellant.

Jacob Silverstein, for respondent.

PER CURIAM. The action is to recover a penalty from defendant for the sale of medicine which was not of the strength or quality required by law. The plaintiff proved its case without contradiction. The court, however, gave judgment for defendant, without costs, stating: "I will let this man off this time."

Under section 20, c. 661, p. 1556, Laws 1893, known as the "Public Health Law," the court was required to give judgment for plaintiff in the sum of $25 for the conceded violation of the law by defendant.

The judgment is reversed, with $10 costs and disbursements of the appeal, and judgment absolute given in favor of plaintiff against defendant for $25 and the costs of the court below.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes